CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
ANDOLYN JOHNSON
Nevada Bar No. 14723
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODI OWEN KRINGLIE,<br><br>Defendant. | 3:21-cr-00013-MMD-WGC<br><br>CRIMINAL INFORMATION<br><br><u>VIOLATION:</u><br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

COUNT ONE
Felon in Possession of a Firearm
18 U.S.C. §§ 922(g)(1), 924(a)(2))

Beginning on or about December 6, 2020, and continuing up to and including on or about March 1, 2021, in the State and Federal District of Nevada,

CODI OWEN KRINGLIE,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Attempted Possession of a Trafficking

Quantity of a Controlled Substance, in the Second Judicial District Court for the State of Nevada, on or about November 30, 2020, case number CR20-0116B; knowingly possessed a firearm, that is: a Glock, Model 19 pistol bearing serial number YSZ609, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION
Felon in Possession of a Firearm

1. The allegations of Count One of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

CODI OWEN KRINGLIE,

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1):

1. a Glock, Model 19 pistol bearing serial number YSZ609; and

2. any and all compatible ammunition.

All pursuant to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

**DATED:** this 7th day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney