PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☑ INFORMATION  ☐ INDICTMENT

CASE NO. **3:21-cr-00013-MMD-WGC**

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: CODI OWEN KRINGLIE

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  RENO
DISTRICT OF NEVADA  Divisional Office

Address:

☑ FILED  ☐ RECEIVED
☐ ENTERED  ☐ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 7 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Name and Office of Person Furnishing Information on THIS FORM: CHRISTI DYER
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (775) 784-5438

Name of Asst. U.S. Attorney (if assigned): ANDOLYN JOHNSON

☐ Interpreter Required

☑ Male  ☐ Female  ☐ Alien (if applicable)
Birth Date _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
3:21-MJ-00031-CLB

Place of offense _____ County

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Lauren Gorman & Chris Frey
☑ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. §§ 922(g)(1), 924(a)(2)) | Felon in Possession of a Firearm | 1 |