UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00013-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CODI OWEN KRINGLIE, | |
| Defendant. | |

Before the Court is Defendant Codi Owen Kringlie's motion for early termination of supervised release. (ECF No. 72.) The government and the Probation Department do not oppose early termination. The Court agrees with Kringlie's counsel that termination of supervised release is warranted because Kringlie has complied with all the conditions of his supervised release, demonstrated sincere efforts in achieving sobriety, obtained consistent employment since his release, and created a healthy life with his family. The Court thus finds that justice is served by granting Kringlie early termination of supervised release.

It is therefore ordered that Kringlie's motion for early termination of supervised release (ECF No. 72) is granted.

DATED THIS 1st Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE